UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. BROWN, | ) | No. ED CV 11-02046-DMG (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE FINDINGS AND RECOMMENDATIONS |
| v. | ) ) | OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| NATHAN WILLIAMS, et al., | ) ) | COMPLAINT |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: June 29, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE