JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. BROWN, | ) | No. ED CV 11-02046-DMG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| NATHAN WILLIAMS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: June 29, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE